# Unclaimed Funds

Entered 7/8/2014 to 7/8/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 03-15181 -fjb<br>14929709 | Cardholder Services<br>Attn: Scot Mayo<br>PO Box 923208<br>Norcross, GA 30010-9906<br>30010-9906 | 1,991.57 | 07/08/2014 |
| 08-14012 -wch<br>19322586 | GILLIAN KIRSTEL<br>16 HIGH ST., #5<br>SALEM, MA 01970<br>01970 | 10.00 | 07/08/2014 |
| 08-16837 -fjb<br>16743290 | Complete Credit Solutions<br>2921 Brown Trail<br>Suite 100<br>Bedford, TX 76021-4174<br>76021-4174 | 7.09 | 07/08/2014 |
| 08-17483 -jnf<br>19322587 | MICHELE DOLAN<br>61 BIRD RD<br>NORWOOD, MA 02062<br>02062 | 13.80 | 07/08/2014 |
| 09-10868 -fjb<br>16891464 | E Trade<br>PO Box 23356<br>Pittsburgh, PA 15222<br>15222 | 270.22 | 07/08/2014 |
| 09-11665 -wch<br>16886352 | Johnson & Wales University<br>Billing and Collections<br>P.O. Box 5999<br>Providence, RI 02903<br>02903 | 34.41 | 07/08/2014 |
| 09-11665 -wch<br>16864494 | Minuteman Security Technologies<br>1 Connector Road<br>Andover, MA 01810<br>01810 | 28.98 | 07/08/2014 |
| | | 44.66 | 07/08/2014 |

| Case | Creditor | Amount | Date |
|---|---|---|---|
| 09-11665 -wch<br>16886352 | Johnson & Wales University<br>Billing and Collections<br>P.O. Box 5999<br>Providence, RI 02903<br>02903 | | |
| 09-13213 -fjb<br>17018044 | Worldwide Asset Purchasing, II, LLC<br>c/o West Asset Purchasing, Inc,<br>P. O. Box 105698<br>Atlanta,GA 30348<br>30348 | 279.72 | 07/08/2014 |
| 09-13358 -wch<br>17102617 | National Collegiate Trust<br>800 Boyltson Street<br>Boston, MA 02199<br>02199 | 92.11 | 07/08/2014 |
| 10-14660 -jnf<br>17525545 | Norfolk Financial Corp.<br>PO Box 320579<br>Boston, MA 02132 | 49.10 | 07/08/2014 |
| 10-14660 -jnf<br>17525545 | Norfolk Financial Corp.<br>PO Box 320579<br>Boston, MA 02132 | 19.64 | 07/08/2014 |
| 10-14660 -jnf<br>17525545 | Norfolk Financial Corp.<br>PO Box 320579<br>Boston, MA 02132 | 17.11 | 07/08/2014 |
| 10-14660 -jnf<br>17525545 | Norfolk Financial Corp.<br>PO Box 320579<br>Boston, MA 02132 | 39.77 | 07/08/2014 |
| 10-17345 -wch<br>17768162 | Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323<br>50323 | 10.56 | 07/08/2014 |
| 10-20828 -wch<br>19322588 | ROBERT HUTCHINSON<br>6 PRISCILLA AVE.<br>WAREHAM, MA 02538<br>02538 | 50.00 | 07/08/2014 |
| 10-22266 -fjb<br>17856769 | JP Morgan Chase Bank, National Association<br>PO Box 201347 | 296.16 | 07/08/2014 |

|  |  |  |  |
|---|---|---:|---|
|  | Arlington, TX 76006<br>76006 |  |  |
| [11-12171 -wch](#)<br>17970741 | Ford Diamond Electric Supply<br>c/o Peter O'Keeffe, Esq<br>218 West Main St<br>Hyannis, MA 02601<br>02601 | 127.44 | 07/08/2014 |
| [11-14585 -wch](#)<br>18060486 | SLM FINANCIAL<br>C/O NCO FINANCIAL SYSTEMS<br>PO BOX 17295<br>BALTIMORE, MD 21297<br>21297 | 39.43 | 07/08/2014 |
| [14-10030 -wch](#)<br>19322599 | DANIEL ROGERS<br>132 EASTON ST<br>NEW BEDFORD, MA 02746<br>02746 | 598.50 | 07/08/2014 |

**Grand Total: 4,020.27**